GEORGE A. WINGATE, as Surrogate of Kings County, Respondent, *v.* EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant.

ALGERON I. NOVA, as County Judge of Kings County, Respondent, *v.* EDWARD J. FLYNN, as Secretary of State of the State of New York, Appellant.

(Submitted June 5, 1931; decided June 16, 1931.)

*John J. Bennett, Jr., Attorney-General* (*C. T. Dawes* of counsel), for appellant.

*Edward G. Griffin* and *William D. Guthrie* for respondents.

Order in each proceeding affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.